UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWALDO JAVIER AGRAZ SARMIENTO,

Plaintiff,

-against-

SAZON Y PILON KITCHEN & BAR INC., et al.,

Defendants.

**ORDER**

26-CV-00174 (PMH)

PHILIP M. HALPERN, United States District Judge:

The docket indicates that agreement was reached on all issues. (Doc. 12). Accordingly, it is hereby **ORDERED** that the parties shall file, by **August 14, 2026**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

**SO ORDERED.**

Dated: White Plains, New York
July 31, 2026

PHILIP M. HALPERN
United States District Judge