UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWALDO JAVIER AGRAZ SARMIENTO,

Plaintiff,

-against-

SAZON Y PILON KITCHEN & BAR INC., et al.,

Defendants.

**ORDER**

26-CV-00174 (PMH)

Philip M. Halpern, United States District Judge:

On July 29, 2026, the Court was informed that the parties had reached agreement on all issues. (Doc. 12). The Court directed the parties to file, by August 14, 2026, either (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. (Doc. 13). The parties, to date, have not complied with the Court's prior order.

Accordingly, the Court *sua sponte* extends the time for the parties to comply with the Court's prior order (Doc. 13) to September 14, 2026. It is hereby **ORDERED** that the parties shall file, by September 14, 2026, either (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

**SO ORDERED:**

Dated: White Plains, New York
August 31, 2026

Philip M. Halpern
United States District Judge