**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Oswaldo Javier Agraz Sarmiento,

*Plaintiff,*

-against-

Sazon Y Pilon Kitchen & Bar Inc. d/b/a Sazon Y Pilon Kitchen & Bar, Gabriel Medina, and Anibal Pichardo,

*Defendants.*

Case No. **7:26-cv-00174-PMH**

**JUDGMENT**

**WHEREAS**, on September 11, 2026, defendants Sazon Y Pilon Kitchen & Bar Inc. d/b/a Sazon Y Pilon Kitchen & Bar, Gabriel Medina, and Anibal Pichardo ("Defendants") served upon plaintiff Oswaldo Javier Agraz Sarmiento ("Plaintiff") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow judgment to be taken against Defendants and in favor of Plaintiff in the total, maximum, and all-inclusive amount of seven thousand two hundred fifty dollars ($7,250.00), inclusive of all wages and/or overtime compensation, liquidated damages, statutory damages, compensatory damages, prejudgment and post-judgment interest, reasonable attorneys' fees, costs, expenses, and disbursements claimed or recoverable by Plaintiff in this action.

**WHEREAS**, on September 15, 2026, Plaintiff accepted Defendants' Offer of Judgment in writing and filed a Notice of Acceptance pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED

THAT plaintiff Oswaldo Javier Agraz Sarmiento has judgment against Sazon Y Pilon Kitchen & Bar Inc. d/b/a Sazon Y Pilon Kitchen & Bar, Gabriel Medina, and Anibal Pichardo in the amount of seven thousand two hundred fifty dollars and zero cents ($7,250.00); and

THAT this judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants, in connection with the facts and circumstances that are the subject of this action; and

THAT this judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendants or by any past or present officer, employee, or agent of Defendants; nor is it an admission that Plaintiff has suffered any damages; and

THAT this judgment will act to release and discharge Defendants, their successors or assigns, and all past and present officers, employees, representatives, attorneys and agents of Defendants, from any and all claims that were or could have been alleged by the plaintiff in the above-referenced action; and

THAT this action is dismissed with prejudice, with no attorneys' fees, costs, expenses, interest, or other amounts payable in addition to the $7,250.00 set forth above.

Dated: White Plains, New York
September 16, 2026

HON. PHILIP M. HALPERN
United States District Judge